■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BOOCK, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Mogil, J.), rendered April 29, 1991, convicting him of burglary in the second degree and attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BRENNAN, Also Known as ERICK BRENNAN, Appellant.— Appeals by the defendant from two judgments of the Supreme Court, Kings County (Rienzi, J.), both rendered November 13, 1991, convicting him of assault in the second degree under Indictment No. 3905/91 and burglary in the second degree under Indictment No. 10373/91, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.